THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 State, Respondent,
 v.
 Ryan ONeal
 Wade, Appellant.
 
 
 

Appeal From Lancaster County
Brooks P. Goldsmith, Circuit Court Judge
Unpublished Opinion No. 2008-UP-392
Submitted July 1, 2008  Filed July 15,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,  all
 of Columbia; and Solicitor Douglas A. Barfield, Jr., of Lancaster, for Respondent.
 
 
 

PER CURIAM:  Ryan ONeal Wade appeals his guilty plea to
 shoplifting, third or more offense and probation revocation.  He was sentenced
 to concurrent sentences of six years for the shoplifting charge and his
 probation was revoked not to exceed five years.  Wade argues his guilty plea
 was involuntary because it did not comply with the mandates set forth in Boykin
 v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Wades appeal
 and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.